Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> AVENSY STORE, BEGIOL TTC, BOLMQHTS, CHENGMAICHAO, CHENYAOYU糖果 a/k/a CHENYAOYU CANDY, CTNUOBEE, DSFDSFHOO, FANGRUJIUHENWANGLUOKEJI, HAHPEE, HEFEI XUEDAO TRADING CO., LTD, HEZIWEI, HUIHONGQI, JICHANGZHOUXIANSUI, KUIJIDIANZISHANGWUSHOP, LIUZLIUZHIXIAOIXIAO, LUYUBEIMEIDIANPU, MEOW-MEOW-MEOW, PULI-US-US, RONGHANG US, SHARK US DZ-27, SHARKALAKA, SUMMER STORY, TANGCHUN, TENGYI DIRECT, XIAOSHUWEIXIAODIAN, YANGPENGFEI123, YUANHSAOMING, ZHANGBAODEBEIMEIDIANPU, ZHANGJINCHENGANQINGSHOUKONG, ZHENKA SHOP, ZHOUQIGONGSI, ZUZU BOOM and 盛煊木业有限公司 a/k/a SHENGXUAN WOOD INDUSTRY CO., LTD, <br><br> *Defendants* | **23-cv-9238 (JLR)** <br><br> **[PROPOSED] <br> UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this  30th   day of   November  , 2023.
New York, New York

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE