UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br>                              Plaintiff, <br><br> -against- <br><br> BEGIOL TTC, et al. <br><br>                              Defendants. | No. 1:23-cv-09238 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 21, 2023, Plaintiff served the summons and complaint in this action on the following Defendants: chengmaichao, chenyaoyu糖果 a/k/a chenyaoyu candy, dsfdsfhOO, FangRuJiuHenWangLuoKeJi, Hefei Xuedao Trading Co., Ltd, jichangzhouxiansui, kuijidianzishangwuSHOP, luyubeimeidianpu, Meow-meow-meow, PULI-US-US, Ronghang US, summer story, TANGCHUN, XiaoShuWeiXiaoDian, YangPengFei123, Zhangbaodebeimeidianpu and ZUZU BOOM (collectively, the "Served Defendants").  ECF No. 20.  Accordingly, the Served Defendants' responses to the complaint were due on December 12, 2023.  None of the Served Defendants have filed a response or otherwise appeared in this action.

Plaintiff is ORDERED to file a letter on the docket addressing next steps in this action on or before **January 12, 2024**.  Plaintiff is further ORDERED to serve this Order upon the Served Defendants on or before **January 10, 2024**, and file proof of such service on ECF on or before **January 12, 2024**.

Dated:  January 5, 2024
            New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge