UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC.,<br><br>       Plaintiff,<br><br> -against-<br><br>BEGIOL TTC *et al.*,<br><br>       Defendants. | Case No. 1:23-cv-09238 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On December 10, 2024, the Court entered default judgment and a permanent injunction against the following Defendants: chengmaichao, chenyaoyu糖果 a/k/a chenyaoyu candy, dsfdsfhOO, FangRuJiuHenWangLuoKeJi, Hefei Xuedao Trading Co., Ltd, jichangzhouxiansui, kuijidianzishangwuSHOP, luyubeimeidianpu, Meow-meow-meow, PULI-USUS, Ronghang US, TANGCHUN, XiaoShuWeiXiaoDian, YangPengFei123, Zhangbaodebeimeidianpu, and ZUZU BOOM.  Dkt. 49.

  On December 23, 2024, the Court granted Plaintiff's Motion for Alternative Service as to the remaining twelve Defendants for whom service through the Hague Convention was unsuccessful: BeGiol TTC, BOLMQHTS, HEZIWEI, HuiHongQi, liuzliuzhixiaoixiao, SHARK US DZ-27, sharkalaka, 盛煊木业有限公司 a/k/a Shengxuan Wood Industry Co., Ltd., yuanhsaoming, ZhangJinChengAnQingShouKong, Zhenka Shop, and Zhouqigongsi (collectively, the "Unsuccessful Hague Defendants").  Dkt. 59.  That same day, Plaintiff served the Summons and Complaint in this action on the Unsuccessful Hague Defendants, whose responses to the Complaint were due on January 13, 2025.  Dkt. 60.  None of the Served Defendants have filed a response or otherwise appeared in this action.

Accordingly, Plaintiff is hereby ORDERED to file a letter on the docket addressing next steps in this action on or before February 26, 2024. Plaintiff is further ORDERED to serve this Order upon the Unsuccessful Hague Defendants on or before February 24, 2024, and file proof of such service on ECF on or before February 26, 2024.

Dated: February 19, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge