UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PINKFONG COMPANY, INC.,

                Plaintiff,

-against-

AVENSY STORE, BEGIOL TTC, BOLMQHTS, CHENGMAICHAO, CHENYAOYU糖果 a/k/a CHENYAOYU CANDY, CTNUOBEE, DSFDSFHOO, FANGRUJIUHENWANGLUOKEJI, HAHPEE, HEFEI XUEDAO TRADING CO., LTD, HEZIWEI, HUIHONGQI, JICHANGZHOUXIANSUI, KUIJIDIANZISHANGWUSHOP, LIUZLIUZHIXIAOIXIAO, LUYUBEIMEIDIANPU, MEOW-MEOW-MEOW, PULI-US-US, RONGHANG US, SHARK US DZ-27, SHARKALAKA, SUMMER STORY, TANGCHUN, TENGYI DIRECT, XIAOSHUWEIXIAODIAN, YANGPENGFEI123, YUANHSAOMING, ZHANGBAODEBEIMEIDIANPU, ZHANGJINCHENGANQINGSHOUKONG, ZHENKA SHOP, ZHOUQIGONGSI, ZUZU BOOM and 盛煊木业有限公司 a/k/a SHENGXUAN WOOD INDUSTRY CO., LTD,

                Defendants.

Case No. 1:23-cv-09238 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    On April 17, 2025, the Court entered a Final Default Judgment and Permanent Injunction Order resolving all outstanding claims against the remaining Defendants. *See* Dkt. 75. The Order further directed Plaintiff to move within one week for an asset turnover or "notify the Court of its intention not to proceed with a request for an asset turnover so the case may be closed." *Id.* at 5. On April 24, 2025, Plaintiff filed its anticipated motion for an asset turnover, *see* Dkt. 76, which the Court granted on April 25, 2025, *see* Dkt. 80.

As there remain no outstanding claims or issues to be resolved in this action, IT IS HEREBY ORDERED that this case is CLOSED. The Clerk of the Court is respectfully directed to terminate the case.

Dated: April 25, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge